Form 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

---

KUMHO P&B CHEMICALS INC.,

**Plaintiff,**

v.

**UNITED STATES,**

**Defendant.**

**SUMMONS**
**Court No. 25-00143**

---

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.  Plaintiff Kumho P&B Chemicals Inc. is a foreign producer and exporter of Epoxy Resins from the Republic of Korea.  Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's countervailing duty investigation of Certain Epoxy Resins from the Republic of Korea.  Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(II).
    (Name and standing of plaintiff)

2.  Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final countervailing duty determination in *Certain Epoxy Resins From the Republic of Korea: Final Affirmative Countervailing Duty Determination and Final Negative Critical Circumstances Determination*, 90 Fed. Reg. 14,605 (Dep't Commerce Apr. 3, 2025).
    (Brief description of contested determination)

3.  March 28, 2025
    (Date of Determination)

4.  Commerce's *Final Determination* was published in the *Federal Register* on April 3, 2025, and the corresponding countervailing duty order was published in the

*Federal Register* on May 27, 2025 in *Certain Epoxy Resins From Taiwan:*
*Amended Final Countervailing Duty Determination; Certain Epoxy Resins From*
*the Republic of Korea and Taiwan: Countervailing Duty Orders*, 90 Fed. Reg.
22,235 (Dep't Commerce May 27, 2025).

(If applicable, date of publication in *Federal Register* of notice of contested
determination)

/s/ Brady Mills
Signature of Plaintiff's Attorney

June 26, 2025
Date

Brady W. Mills
**Morris, Manning & Martin, LLP**
1333 New Hampshire Avenue, NW Suite 800
Washington, DC 20036
(202) 216-4116
bmills@mmmlaw.com

*Counsel to Kumho P&B Chemicals Inc.*

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C.  1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

## UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Patricia M. McCarthy, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

## UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)